AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| JOSHUA DRESSEL | ) |
| | ) |
| | ) |
| Defendant | ) |

Case: 1:21-mj-00510
Assigned To : Harvey, G. Michael
Assign. Date : 6/29/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSHUA DRESSEL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   06/29/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.29 10:44:04 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/29/2021, and the person was arrested on *(date)* 07/13/2021
at *(city and state)* St. Louis, Missouri.

Date: 07/13/2021

*Arresting officer's signature*

MATTHEW BRUNO   Special Agent
*Printed name and title*