# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-572 (CRC) |
| | : | |
| **JOSHUA DRESSEL,** | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America hereby requests that this Court continue the defendant's sentencing hearing scheduled for November 22, 2022 and extend the deadline for the parties' sentencing memorandums.

1. The defendant was charged by Information with misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021. (ECF No. 13.) Specifically, he was charged with Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1), Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2), Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). (ECF No. 13.)

2. On August 18, 2022, the defendant pled guilty to Count Four of the Information, which charged him with Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). (ECF No. 26-27; Min. Order, Aug. 18, 2022.)

3. The sentencing hearing is currently scheduled for November 22, 2022. (Min. Order, Aug. 18, 2022.) In advance of the hearing, the parties' sentencing memorandums are due by

November 16, 2022. (Min. Order, Aug. 18, 2022.)

4. As part of his plea agreement, the defendant agreed to be interviewed by law enforcement regarding his involvement in the events that occurred in and around January 6, 2021. (ECF No. 26 ¶ 3.) The interview has not occurred. The parties request additional time to schedule the interview and for the corresponding report documenting the interview to be completed. The parties want to ensure that the interview condition of the plea agreement has been met and are able to include information from the interview in their sentencing memorandums.

5. No prior continuances of the sentencing hearing have been sought and the Government is not making this request to unduly delay the sentencing hearing or for any other improper purpose. The Government has conferred with counsel for the defendant, and the defendant is unopposed to this continuance request.

Accordingly, the Government requests that the Court grant its unopposed request to continue the defendant's sentencing hearing.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> United States Attorney
> D.C. Bar No. 481052
>
> By: /s/ *Matthew Moeder*
> MATTHEW MOEDER
> Assistant United States Attorney
> Missouri Bar No. 64036
> 400 East 9th Street
> Room 5510
> Kansas City, Missouri 64106
> Matthew.Moeder@usdoj.gov
> (816) 426-4103

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2022, I caused a copy of the foregoing motion to be served on attorney of record via email and the Court's electronic filing system.

                                               */s/ Matthew Moeder*
                                               Matthew Moeder
                                               Assistant United States Attorney