# EXHIBIT #1

# JOSHUA DRESSEL LETTER

Hon. Christopher R. Cooper

United States District Court for the District of Columbia

333 Constitution Avenue, NW

Washington, DC 20001

                Re:  United States v. Joshua Dressel

Dear Judge Cooper:

First and foremost, it would be appropriate to address the court with my full understanding of guilt from my actions on January 6th. I'm aware of the gravity of this day, my actions, and implications it will have on our country. I was there that day to protest and have my voice heard on election integrity and a hopeful investigation on any Irregularities . In hindsight my entrance in the capitol building was regretful, as it wasn't conducive to change that I was protesting for. I do not feel morally justified and I take full accountability for those actions and my involvement. I was not coerced into going into the capitol and I did not get "caught up" in the moment. I take full responsibility for the charge against me and all decisions I made that day.

The events and aftermath of January 6th have dramatically changed my life and I can't describe in words how heavy it's impact has been. I do NOT believe that I'm a victim and I feel disingenuous to speak on how this case and my actions have affected me. I have justifiably opened myself up to the consequences and scrutiny, but I feel it to be appropriate to have the heart of this letter discuss how my actions and Jan 6. has affected others.

Unfortunately, the impact of that day and my involvement has left my family, wife, and kids, in a vulnerable spot. The amount of harassment and public attention has caused some concerns. My Family has been exposed to the struggles, embarrassment and conflict that has followed. At times my family's safety, security, and being in public has added stress to our home. The events of that day have also added division and strife to friends and family's life that I respect and care for.

The consequences have been felt down to colleagues and mentors that have felt unfair pressure from the situation. My clients and contractors have been subject to all the mess that has occurred and the changes that needed to be made to deal with repercussions of those events.

On a Macro level, both the previous administration and current administration has felt the impact of that day in which I was involved. There is a stain on the previous administration while leaving office and the current administration started their term with the strain of one of the largest if not largest investigations in our history. The budget increase on the investigation and funding has been added to the deficit in which the American people will pay.

I believe the most unfortunate and personally the hardest to reflect on: is the American People. In our current political landscape, Jan.6 has done nothing but divide both sides of the isle even more (media and propaganda on both sides didn't help.) Not to mention January 6th will more than likely lead to more oversight to American Citizens and possibly loss of liberties. My name is attached to that day and it weighs on me, I do not want to be associated with division and strife. By no means do I shoulder all of our countries issues but I do believe in personal responsibility and would much rather be a good steward of truth, and my God given rights than add to any tensions that exist.

Judge Cooper, my family relies solely on me providing for them. A sentence would most undoubtedly hinder me providing for my four kids and wife. I own a small company that I'm afraid at this point, cannot run without me. My company is at a crossroads of uncertainty due to the labor market and from unexpected growth I had in 2022. Internally my company is on fumes as I'm currently trying to stabilize the recent growth. The growth was ironically due to my loss of all residential work (50% of my sales) after my participation on Jan. 6. In response, I lowered my prices and catered to clients in my market that would keep me from advertising and could give me an opportunity. I was able to land work for a couple General contractors that eventually opened opportunity and resulted in '22 growth. Due to the constraints of overhead, moving parts of my industry, and current market and economic instability my absence from my company would be detrimental. At the same time, I understand the Government's invested interest and increased measures in minimizing another January 6th threat. The most important role I have on this earth is to protect and provide for my family, because of my involvement in Jan.6, I have made that role more difficult. I ask for mercy from the courts in my sentencing regarding time served in the hopes my family doesn't have to carry any more of my burden.

In closing, My actions and evidence in my discovery will hopefully paint a better picture of my intentions on January 6th. Again, not something I thought would be appropriate to discuss in this letter. I say in confidence that I'm a decent man. I say that not because I think I'm special or have been given moral high ground but because I work so hard to be a decent man, it's important to me. Unfortunately, decency and hard work doesn't save the soul, or keep me from bad judgements, errors, or wrongs. I'm flawed, I need grace and forgiveness (much more than the next guy) and I'm thankful through Christ Jesus that I have that. I have undeserved grace and I'm grateful for what the Lord has done on my behalf. I appreciate and respect the courts considerations in my case.