IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | Case No. 1:21-cr-00572-CRC |
| **JOSHUA DRESEEL** : | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibit that was provided to the Court and defense counsel on March 16, 2023 via USAfx, in relation its sentencing memorandum (ECF No. 32). This exhibit will be offered into evidence during the sentencing hearing scheduled for March 21, 2023.  Because the exhibit is a video clip, the exhibit is not in a format that readily permits electronic filing on CM/ECF.

Government Exhibit 1 is a clip from a video filmed on the West Plaza of the U.S. Capitol building.  The clip is approximately 2 minutes and 13 seconds long.  The event depicted in the exhibit occurred between approximately 1:00 p.m. EST and 2:00 p.m. EST on January 6, 2021. Mr. Dressel is featured in the video from :22 to :32 seconds; :53 to :59 seconds; and 1:26 to 1:37 seconds.  This exhibit was previously disclosed to Mr. Dressel and his counsel.

If the Court accepts this proposed exhibit into evidence on February 10, 2023, the United States takes the position that this exhibit should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

/s/ *Matthew Moeder*
Matthew Moeder
Assistant United States Attorney
MO Bar No. 64036
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-4103
Matthew.Moeder@usdoj.gov